# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CARPENTERS' DISTRICT COUNCIL OF GREATER ST. LOUIS AND VICINITY, et al., <br><br>　　　Plaintiffs, <br><br>　　vs. <br><br>OSTERHAGE CONSTRUCTION, INC., <br><br>　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) 　Case number 4:07cv1619 TCM |

## ORDER

This action was referred to the undersigned Magistrate Judge in accordance with Rule 2.08(A) of the Local Rules of the Eastern District of Missouri. Pursuant to that Rule and 28 U.S.C. § 636(c), each party must execute a written consent to the undersigned's jurisdiction before the undersigned may enter a dispositive ruling.

Plaintiffs obtained service on defendant Osterhage Construction, Inc., on September 21, 2007. Defendant has not filed a responsive pleading. Consequently, Plaintiffs have moved for, and been granted, an entry of default against Defendant. Plaintiffs' have also moved for a default judgment and to compel an accounting. This motion is pending.

Clearly, Defendant is not going to consent to the undersigned ruling on the motion for a default judgment. Without this consent, the undersigned lacks jurisdiction to rule on the motion. Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall randomly reassign the instant cause of action to a United States District Judge for disposition.

　　　　　　　　　　　　　　　　　　　/s/ Thomas C. Mummert, III
　　　　　　　　　　　　　　　　　　THOMAS C. MUMMERT, III
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

PDF created with pdfFactory trial version www.pdffactory.com

Dated this 14th day of February, 2008.

PDF created with pdfFactory trial version www.pdffactory.com